**Order entered May 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00195-CV

### RUTH TORRES, Appellant

### V.

### PURSUIT OF EXCELLENCE, INC., DALLAS FT WORTH INTERNATIONAL AIRPORT, AND MARIE DAIZ, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-08711**

## ORDER

I voluntarily recuse myself from hearing any matter involving Ruth Torres as a party.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE